**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

vs.

ALFREDO LAURENO
Defendant.

_____/

CRIMINAL NO **05-80215**

HONORABLE VICTORIA A. ROBERTS

VIOLATIONS: 8 U.S.C. § 1324(a)(2)(B)(ii)

MAGISTRATE JUDGE STEVEN WHALEN

MAR -3 AM :16

FILED

U.S. DIST. COURT
EAST DIST MICH
DETROIT-PSG

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
*(8 U.S.C. § 1324(a)(2)(B)(ii) -- Bringing in an illegal alien for
commercial advantage and private financial gain)*

On or about September 20, 2004, in the Eastern District of Michigan, Southern Division,

and elsewhere, defendant ALFREDO LAURENO knowingly and in reckless disregard of the fact

that an alien had not received prior official authorization to come to and enter the United States,

brought to and attempted to bring to the United States such an alien for the purpose of commercial

advantage and private financial gain, all in violation of 8 U.S.C. §1324(a)(2)(B)(ii).

CRAIG S. MORFORD
United States Attorney

SHELDON N. LIGHT (P28798)
Chief, General Crimes Unit

GRAHAM L. TEALL (P40645)
Assistant United States Attorney
211 W. Fort St., 2300
Detroit, MI 48226
(313) 226-9118

Date: 03/03/05

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number 04-80778<br>**05-80215** |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | Companion Case Number: VICTORIA A. ROBERTS |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)[1]**: | **Judge Assigned:** |
| ☐ Yes          ☐ No | MAGISTRATE JUDGE R. STEVEN WHALEN  AUSA's Initials: |

**Case Title:**     USA v. D-1 ALFREDO LAURENO

**County where offense occurred :**     Wayne County

**Check One:**          ☐ **Felony**               ☐ **Misdemeanor**               ☐ **Petty**

_____Indictment/_____Information --- **no** prior complaint.
_____Indictment/ **XX** **Information** --- based upon prior complaint [**Case number:** 04-80778 ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** [*Complete Superseding section below*].

## Superseding Case Information:

**Superseding to Case No:** _____          **Judge:** _____

☐     Original case was terminated; no additional charges or defendants.
☐     Corrects errors; no additional charges or defendants.
☐     Involves, for plea purposes, different charges or adds counts.
☐     Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                              **Charges**

U.S. DISTRICT COURT
EASTERN DIST MICH
DETROIT PSG

'05 MAR -3 AM :16

FILED

---

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

March 3, 2005
Date

Graham L. Teall
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9118
Fax: (313) 226-2372
E-Mail address: graham.teall@usdoj.gov
Attorney Bar #: P 40645

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/20/04